IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**RAGHIB T. WAHEED**                                             **PLAINTIFF**

**V.**                                  **4:07CV00569JMM**

**CASH CALL, INC. and**
**FIRST BANK & TRUST**                                     **DEFENDANTS**

## JUDGMENT

On July 30, 2007, after being advised that the parties had agreed to binding arbitration in the above styled case, the Court Ordered the parties to binding arbitration. The arbitration session was held on October 5, 2007 before David M. Fuqua who found in favor of the Defendants and who issued an Award of Arbitration on October 29, 2007. The decision of the Arbitrator is adopted by the Court as its own.

Pursuant to the October 29, 2007 Award of Arbitration, it is Considered, Ordered and Adjudged that a judgment of $648.42 be entered in favor of the Defendants and against the Plaintiff. The administrative fees and expenses of the American Arbitration Association totaling $1,250.00 and the compensation and expenses of the arbitrator totaling $700.00 shall be borne as incurred.

The Clerk is directed to close the case.

IT IS SO ORDERED this 14th day of November 2007.

                                                                             James M. Moody
                                                                             United States District Judge